| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 500687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

Torres, Juan Wesley
USDC Cr. Cs. 00-00003-001
SSN: XXX-XX-XXXX
DOB: XX-XX-XXXX
Height: 5'1"
Weight: 105 lbs.



DATE   September 29, 2006

Clerk
District Court

SEP 2 9 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO     Honolulu, Hawaii

LEAVING     September 30, 2006     AND RETURNING     October 16, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical Referral**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Hawaii;
2. You shall call your probation officer or have someone call your probation officer as soon as you are aware of the length of your stay in Honolulu.
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Saipan.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME     Richard W. Crawford, Chief
ADDRESS
C110 Pince Kuhio Federal Bld
300 Ala Moana Boulevard
Honolulu, HI 96850-0001
(808) 541-1283 Telephone
(808) 541-1345 Fax

Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

[X] APPROVED     [ ] DISAPPROVED

Honorable Alex R. Munson
Chief U.S. District Court Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
## PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

September 28, 2006

Honorable Alex R. Munson
Chief Judge, U.S. District Court
District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

RE:   TORRES, JUAN W.
      USDC Cr. Cs. No.: 00-00003-001

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On September 6, 2000, Juan Wesley Torres was sentenced to 36 months imprisonment followed by eight years supervised release with conditions to include that he refrain from any use of alcohol, obtain and maintain gainful employment, participate in drug treatment, and perform 300 hours of community service at the direction of the United States Probation Office. Mr. Torres was ordered to pay $200 special assessment fee, which he satisfied on August 8, 2003. He completed drug treatment on August 4, 2004. Mr. Torres' supervised release commenced on July 23, 2003 and will terminate on July 22, 2011.

Mr. Torres is being referred to Hawaii for medical purposes. He is expected to depart Saipan on September 30, 2006 and return on October 16, 2006. He previously underwent treatment in

Honorable Alex R. Munson
Re.: Torres, Juan W.
September 28, 2006
Page 2

Hawaii from July 1, 2005 to April 24, 2006, and returned home to Saipan on April 25, 2006. He is compliant with his conditions of supervised release, and this Officer supports his travel request.

                                        Respectfully Submitted,

                                        FRANK MICHAEL CRUZ
                                        Chief U. S. Probation Officer

By:                          
                                        MARGARITA DLG WONENBERG
                                        U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File