| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Bldg. Room 4D<br>Saipan, MP 96950 |
|---|---|---|

Torres, Juan W.
USDC Cr. Cs. 00-00003-001
SSN: XX-XXX-8963
DOB: XX-XX-1952
Height: 5 ft 1 in
Weight: 105 lbs.

DATE  January 5, 2007

Clerk
District Court

JAN - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO        Guam

LEAVING   **January 9, 2007**   AND RETURNING   **January 11, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical treatment.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Guam;**

2. **You shall call your probation officer or have someone call your probation officer as soon as you are aware the need to extend your trip;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Saipan.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME      CUSPO, Frank Michael Cruz
ADDRESS   2nd Floor, U.S. Courthouse
          520 W. Soledad Ave., Hagatna, GU 96910
          Telephone: (671) 473-9201

*Melinda N. Brunson*
UNITED STATES PROBATION OFFICER

☒ APPROVED       ☐ DISAPPROVED

*Alex R. Munson*
The Honorable Alex R. Munson
Chief Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

January 5, 2007

Honorable Alex R. Munson
Chief Judge, U.S. District Court
District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

RE:  **TORRES, JUAN W.**
     USDC Cr. Cs. No.: 00-00003-001

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On September 6, 2000, Juan W. Torres was sentenced to 36 months imprisonment followed by eight years supervised release with conditions to include that he refrain from any use of alcoholic beverages, seek and maintain gainful employment, participate in drug treatment, and perform 300 hours of community service at the direction of the United States Probation Office. Mr. Torres was ordered to pay $200 special assessment fee, which he satisfied on August 8, 2003. He completed drug treatment on August 4, 2004. Mr. Torres' supervised release commenced on July 23, 2003 and will terminate on July 22, 2011.

On January 4, 2007, Mr. Torres reported to this officer that he returned from his medical treatment in Hawaii earlier than expected. His doctor recommended that he remain in Hawaii an additional four months, however, Mr. Torres decided to return home to Saipan. He suffers for a terminal condition which requires bi-monthly chemotherapy sessions, which he may receive in Guam. Mr. Torres submitted a request to travel to Guam on January 9, 2007 for two to three days for his first chemotherapy session. Travel arrangements are being made through the Commonwealth Health Center's Medical Referral Office. After this first visit, Mr. Torres will have a better understanding of how often he will need to return to Guam for future sessions.

Travel Request Information
Re:    TORRES, Juan W.
USDC Cr. Cs. No. 00-00003-001
January 5, 2007
Page 2


      Mr. Torres is compliant with his conditions of supervised release and this officer supports his travel request and seeks Court approval. Should the Court requires more information on Mr. Torres' medical condition, this Officer would be available to discuss his case.

                                    Respectfully Submitted,

                                    FRANK MICHAEL CRUZ
                                  Chief U. S. Probation Officer

By:                           _____
                                 MELINDA N. BRUNSON
                                 U. S. Probation Officer


Reviewed by:


_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader


cc:    File