PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

FILED
Clerk
District Court

MAR - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA

v.

JUAN WESLEY TORRES

CRIMINAL CASE NO.   00-00003-001

On _____September 6, 2000_____ the above named was placed on supervised release for a term of eight years. Juan Wesley Torres has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG. WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Timothy E. Moran, AUSA
      Perry B. Inos, Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that Juan Wesley Torres be discharged from supervision and that the proceedings in the case be terminated.

Dated this __6th__ day of March 2007.

_____
HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANAS ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 00-00003-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SPECIAL REPORT** |
| | ) | |
| | ) | |
| JUAN WESLEY TORRES | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re:    Request for Early Termination**

On September 6, 2000, Juan Wesley Torres was sentenced in the District Court of the Northern Marianas Islands to 36 months imprisonment followed by an eight year term of supervised release for the offense of Conspiracy to Possess Methamphetamine, a Scheduled II Controlled Substance, and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1). In addition to the mandatory and standard conditions, the Court also ordered the following: that Mr. Torres participate in a substance abuse treatment program approved by the U.S. Probation Office, refrain from any use of alcoholic beverages, seek and maintain employment, and perform 300 hours community service under the direction of the U.S. Probation Office. He was ordered to pay a special assessment fee of $200. Mr. Torres commenced supervision on July 23, 2003.

Mr. Torres has been in compliance with his conditions of supervised release. He successfully completed the Substance Abuse Treatment Program on August 5, 2004. He satisfied 300 hours of community service on July 31, 2004, and satisfied $200 special assessment fee on August 8, 2003. He has made monthly office reports as required, and a criminal records check revealed no new arrests since his placement on supervised release. Lastly, he submitted to DNA collection on February 26, 2007.

SPECIAL REPORT
Request for Early Termination
Re: TORRES, JUAN
USDC Cr. Cs. No. 00-00003-001
March 2, 2007
Page 2


Mr. Torres is undergoing intensive medical treatment which will require travel to and from Guam and sometimes Hawaii. In lieu of Mr. Torres' medical condition and the fact that he has served close to half of his term of supervision, this Officer recommends early termination of supervised release.

RESPECTFULLY submitted this 5th day of March 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG. WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Timothy E. Moran, Assistant U.S. Attorney
    Perry B. Inos, Defense Counsel
    File